UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) ) ) | |
| v. | ) ) | CR: 2:18-041 |
| **SEAN PATRICK REARDON** | ) ) | |

## GOVERNMENT'S NOTICE OF PLEA AGREEMENT AS TO DEFENDANT SEAN PATRICK REARDON

NOW COMES the United States of America, by and through Bobby L. Christine, United States Attorney for the Southern District of Georgia, and pursuant to 18 U.S.C. § 3161(h)(1)(G), notifies the Court that a plea agreement has been reached by the parties which would dispose of the charges pending in the above-captioned case against defendant, **SEAN PATRICK REARDON**. A copy of the plea agreement has been provided to the Court for its consideration. The government respectfully requests that the Court schedule a Rule 11 proceeding and accept the defendant's plea as set forth in the proposed agreement.

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

*/s/ Katelyn Semales*

Katelyn Semales
Assistant United States Attorney
New Hampshire Bar No. 268469

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 13th day of December 2018.

                                              Respectfully submitted,

                                              BOBBY L. CHRISTINE
                                              UNITED STATES ATTORNEY

                                              ***/s/ Katelyn Semales***

                                              Katelyn Semales
                                              Assistant United States Attorney
                                              New Hampshire Bar No. 268469

Post Office Box 8970
Savannah, Georgia 31412
(912) 652-4422