AO 456 (Rev. 5/85) Notice

# United States District Court
## *Southern District of Georgia*

UNITED STATES OF AMERICA

# NOTICE

V.

SEAN PATRICK REARDON

CASE NUMBER:   CR218-41

TYPE OF CASE:          ☐ **CIVIL**          ☒ **CRIMINAL**

☒ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | | |
|---|---|---|
| Federal Courthouse<br>801 Gloucester Street<br>Brunswick, GA | ROOM NO. | Courtroom 1 |
| | DATE AND TIME | 05/21/2019 at 1:00 pm |

TYPE OF PROCEEDING

Sentencing

☐ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO, DATE AND TIME |
|---|---|---|
| | | |

Scott L. Poff

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

03/28/2019

DATE

s/ Whitney Sharp

(BY) DEPUTY CLERK

Phone No.  912-658-6667

To    Alan Tucker
Katelyn Semales
USMS
USPO
CSO's

GAS Rev 2/5/02